IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case No. 22-11071

JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, L.L.C., A LIMITED LIABILITY COMPANY; FIREARMS POLICY COALITION, INCORPORATED, A NONPROFIT CORPORATION, Plaintiffs-Appellees,

v.

MERRICK GARLAND, U.S. ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, Defendants-Appellants,

CONSOLIDATED WITH

No. 22-11086

BLACKHAWK MANUFACTURING GROUP, INC. d/b/a 80 PERCENT ARMS, Intervenor Plaintiff-Appellee,

v.

MERRICK GARLAND, U.S. ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, Defendants-Appellants.

ON APPEAL FROM ORDERS OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Arjun P. Ogale, counsel of record for amicus curiae the District of Columbia and eighteen states, is leaving the Office of the Attorney General for the District of Columbia. He will no longer be representing amicus curiae. Solicitor General Caroline S. Van Zile, who has filed a notice of appearance in this case, will serve as counsel of record for amicus curiae before this Court.

August 2023

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

*/s/* Arjun P. Ogale
ARJUN P. OGALE
Assistant Attorney General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6609
(202) 741-0649 (fax)
arjun.ogale@dc.gov