# United States Court of Appeals for the Fifth Circuit

No. 22-11071

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

*Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants*,

consolidated with

No. 22-11086

Blackhawk Manufacturing Group, Incorporated, *doing business as* 80 Percent Arms,

*Intervenor Plaintiff—Appellee*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official*

No. 22-11071
c/w No. 22-11086

*capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*;
Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants.*

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691
USDC No. 4:22-CV-691

───────────────────────────────

ORDER:

IT IS ORDERED that Appellants' opposed motion to dismiss the appeal is CARRIED WITH THE CASE.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT