# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 6, 2023
Lyle W. Cayce
Clerk

No. 22-11071

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

> *Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

> *Defendants—Appellants*,

consolidated with

No. 22-11086

Blackhawk Manufacturing Group, Incorporated, *doing business as* 80 Percent Arms,

> *Intervenor Plaintiff—Appellee*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official*

No. 22-11071
c/w No. 22-11086

*capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691
USDC No. 4:22-CV-691

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of September 06, 2023, pursuant to appellants' motion.

                     LYLE W. CAYCE
                     Clerk of the United States Court
                     of Appeals for the Fifth Circuit

By: _____
     Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



Certified as a true copy and issued
as the mandate on **Sep 06, 2023**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit